**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Trustee DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Megan Hurley<br>&<br>Steven G. Hurley<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-11161 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Midfirst Bank as servicer for U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2006-FX1. and index same on the master mailing list.

    Respectfully submitted,

**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322