# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-11161-ELF

STEVEN G HURLEY
MEGAN  HURLEY
7 MADISON ROAD

WILLOW GROVE, PA 19090

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STEVEN G HURLEY
MEGAN  HURLEY
7 MADISON ROAD

WILLOW GROVE, PA 19090

Counsel for debtor(s), by electronic notice only.

BRIAN JOSEPH SMITH, ESQ
1458 COUNTY LINE ROAD
SUITE H
HUNTINGDON VALLEY, PA 19006-

/S/ William C. Miller

Date: 5/30/2019

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee