**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          Chapter 13
STEVEN G HURLEY
MEGAN  HURLEY

                    Debtor               Bankruptcy No. 19-11161-ELF

# <u>O R D E R</u>

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.

**Date: October 2, 2019**

_____
                    Eric L. Frank
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRIAN JOSEPH SMITH, ESQ
1458 COUNTY LINE ROAD
SUITE H
HUNTINGDON VALLEY, PA 19006-

Debtor:
STEVEN G HURLEY
MEGAN  HURLEY
7 MADISON ROAD

WILLOW GROVE, PA 19090