United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11161-elf
Steven G. Hurley                                                      Chapter 13
Megan Hurley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: SaraR                  Page 1 of 2              Date Rcvd: Oct 02, 2019
                             Form ID: pdf900              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db/jdb         +Steven G. Hurley,    Megan Hurley,    7 Madison Road,    Willow Grove, PA 19090-3032
14278831       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14278832       +I C System Inc,    Attn: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
14278833       +Kathy Marco,    7 Madison Road,    Willow Grove, PA 19090-3032
14321491       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14303875       +Midfirst Bank as servicer,    US Bank National Association,    c/o Rebecca A Solarz, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14278835        Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 03 2019 02:51:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 03 2019 02:51:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14311715       +E-mail/Text: g20956@att.com Oct 03 2019 02:51:57      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14280043       +E-mail/Text: bankruptcy@cavps.com Oct 03 2019 02:51:42      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14278830       +E-mail/Text: bknotice@ercbpo.com Oct 03 2019 02:51:39      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14290833        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2019 02:53:34       LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
14278834       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2019 02:53:38
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14321302        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 02:54:16
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14282648        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2019 02:51:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14294233       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 03 2019 02:51:41      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14278836       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 03 2019 02:51:16
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              BRIAN JOSEPH SMITH    on behalf of Joint Debtor Megan  Hurley bsmith@lawbjs.com,
               josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com;smithbr42150@notify.bestcase.com
              BRIAN JOSEPH SMITH    on behalf of Debtor Steven G. Hurley bsmith@lawbjs.com,
               josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com;smithbr42150@notify.bestcase.com

```
District/off: 0313-2          User: SaraR              Page 2 of 2               Date Rcvd: Oct 02, 2019
                              Form ID: pdf900          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2006-FX1. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                   TOTAL: 6

Case 19-11161-elf    Doc 51    Filed 10/04/19    Entered 10/05/19 00:57:27    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
STEVEN G HURLEY  
MEGAN HURLEY

Chapter 13

Debtor

Bankruptcy No. 19-11161-ELF

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 2, 2019**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRIAN JOSEPH SMITH, ESQ  
1458 COUNTY LINE ROAD  
SUITE H  
HUNTINGDON VALLEY, PA 19006-

Debtor:  
STEVEN G HURLEY  
MEGAN HURLEY  
7 MADISON ROAD

WILLOW GROVE, PA 19090